```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
JESSICA SUNDERLAND,                          :
                                             :       VERDICT SHEET
                Plaintiff,                   :
                                             :       13-CV-4838 (JFB)(AKT)
        – against –                          :
                                             :
SUFFOLK COUNTY, NEW YORK;                    :
VINCENT T. GERACI;                           :
DENNIS RUSSO;                                :
and THOMAS TROIANO,                          :
                                             :
                Defendants.                  :
-----------------------------------------------------X
```

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 23 2018 ★
LONG ISLAND OFFICE

## PART I. LIABILITY

**CLAIM ONE:** UNCONSTITUTIONAL DEPRIVATION OF ADEQUATE MEDICAL CARE BY INDIVIDUAL DEFENDANTS

1. Did plaintiff prove, by a preponderance of the evidence, her Section 1983 claim that defendant Vincent Geraci violated the Fourteenth Amendment by depriving her of adequate medical care in the Suffolk County Jail?

    Yes ✓    No ____

2. Did plaintiff prove, by a preponderance of the evidence, her Section 1983 claim that defendant Dennis Russo violated the Fourteenth Amendment by depriving her of adequate medical care in the Suffolk County Jail?

    Yes ✓    No ____

3. Did plaintiff prove, by a preponderance of the evidence, her Section 1983 claim that defendant Thomas Troiano violated the Fourteenth Amendment by depriving her of adequate medical care in the Suffolk County Jail?

    Yes ____    No ✓

[If you answered "Yes" to Question 1, 2, or 3, proceed to Question 4. Otherwise, leave all the remaining questions blank, sign and date this verdict sheet, and inform the Courtroom Deputy that your deliberations are complete and that you have reached a verdict.]

**COURT EXHIBIT**

_B_

CLAIM TWO:     MUNICIPAL LIABILITY AGAINST SUFFOLK COUNTY

4. Did plaintiff prove, by a preponderance of the evidence, that the actions of the individual defendant or defendants that violated her constitutional right were caused by an official practice or custom of Suffolk County?     Yes ____    No ✓

**[Proceed to Question 5.]**

## PART II. DAMAGES

5. State the amount, if any, that you award the plaintiff for compensatory damages (if you decide not to make an award as to this item, insert the word "None"):

$280,000

**[If you awarded no damages in Question 5, proceed to Question 6. If you awarded damages in Question 5, skip Question 6.]**

6. State the amount you award the plaintiff in nominal damages:

$ _____

### Punitive Damages as to Defendant Vincent Geraci

**[Only answer questions on punitive damages as to defendant Vincent Geraci if you answered "Yes" to Question 1. Otherwise, skip Questions 7 and 7a.]**

7. Do you find that punitive damages are warranted against the defendant Vincent Geraci?   Yes ✓    No ___

**[If you answered "Yes," proceed to Question 7a. If you answered "No," skip Question 7a.]**

7a. If you find that punitive damages are warranted, state the amount of punitive damages that you impose against the defendant Vincent Geraci:

$75,000

2

**Punitive Damages as to Defendant Dennis Russo**

**[Only answer questions on punitive damages as to defendant Dennis Russo if you answered "Yes" to Question 2. Otherwise, skip Questions 8 and 8a.]**

8.  Do you find that punitive damages are warranted against the defendant Dennis Russo?

    Yes ___   No ✓

**[If you answered "Yes," proceed to Question 8a. If you answered "No," skip Question 8a.]**

8a. If you find that punitive damages are warranted, state the amount of punitive damages that you impose against the defendant Dennis Russo:

    $ _____


**Punitive Damages as to Defendant Thomas Troiano**

**[Only answer questions on punitive damages as to defendant Thomas Troiano if you answered "Yes" to Question 3. Otherwise, skip Questions 9 and 9a.]**

9.  Do you find that punitive damages are warranted against the defendant Thomas Troiano?

    Yes ___   No ✓

**[If you answered "Yes," proceed to Question 9a. If you answered "No," skip Question 9a.]**

9a. If you find that punitive damages are warranted, state the amount of punitive damages that you impose against the defendant Thomas Troiano:

    $ _____

Please sign and date the verdict sheet, and inform the Courtroom Deputy that your deliberations are complete and that you have reached a verdict.

_[signature]_
Foreperson

Dated: Central Islip, New York

10/23, 2018

3