UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JESSICA SUNDERLAND,

Plaintiff,

-against-

SUFFOLK COUNTY, NEW YORK;
VINCENT T. GERACI;
DENNIS RUSSO;
and THOMAS TROIANO,

Defendants.

**STIPULATION AND ORDER
OF VOLUNTARY
DISMISSAL**

13-cv-4838 (JFB)(AKT)

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for the respective parties hereto, that the above-captioned action be, and the same hereby is voluntarily dismissed with prejudice, pursuant to F.R.C.P. Rule 41(a)(1), without costs or attorneys' fees to any party, and,

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be so ordered via endorsement hereon without further notice to any party.

Dated:     Hauppauge, New York
           July 23     , 2019

_____
Dennis M. Brown
County Attorney
By:  Brian C. Mitchell
Assistant County Attorney
100 Veterans Memorial Highway
Hauppauge, New York 11788

_____
By: David B. Shanies
David B. Shanies Law Office
411 Lafayette Street, Sixth Floor
New York, New York 10003

Seth D. Rothman
Fara Tabatabai
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004

**SO ORDERED:**

**Dated: New York**

_____, 2019

_____
Hon. Joseph F. Bianco, U.S.D.J.