UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JESSICA SUNDERLAND,

                        Plaintiff,

-against-

SUFFOLK COUNTY, NEW YORK;
VINCENT T. GERACI;
DENNIS RUSSO;
and THOMAS TROIANO,

                        Defendants.

STIPULATION AND ORDER
OF VOLUNTARY
DISMISSAL

13-cv-4838 (JFB)(AKT)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 06 2019 ★

LONG ISLAND OFFICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the respective parties hereto, that the above-captioned action be, and the same hereby is voluntarily dismissed with prejudice, pursuant to F.R.C.P. Rule 41(a)(1), without costs or attorneys' fees to any party, and,

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be so ordered via endorsement hereon without further notice to any party.

Dated:    Hauppauge, New York
           July 23, 2019

_____
Dennis M. Brown
County Attorney
By: Brian C. Mitchell
Assistant County Attorney
100 Veterans Memorial Highway
Hauppauge, New York 11788

_____
By: David B. Shanies
David B. Shanies Law Office
411 Lafayette Street, Sixth Floor
New York, New York 10003

Seth D. Rothman
Fara Tabatabai
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004

*The Clerk of the Court shall close the case.*

SO ORDERED:

Dated: New York

_____, 2019

_____
Hon. Joseph F. Bianco, U.S.D.J.

SO ORDERED
S/ JOSEPH F BIANCO
_____
Joseph F. Bianco
USCJ (Sitting by designation)
Date: Aug. 6, 2019
Central Islip, N.Y.